# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | FREDERICK HARRISON ROSS |
| **Case Number:** | 2:09-bk-32131-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JULY 20, 2010 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY HSBC BANK

**R / M #:** 28 / 0

## Appearances:

NONE

## Proceedings:

THIS MATTER WAS ON COURT'S CALENDAR TODAY, BUT WAS NOT CALLED FOR APPEARANCES.

THIS HEARING IS CONTINUED TO AUGUST 3, 2010 AT 1:30 P.M

Copies of the foregoing emailed to:

Anthony Clark, ecf@awcesq.com
Leonard McDonald, ecf@tblaw.com
By Wanda Garberick
    Deputy Clerk